WILL LEMKUL (NV Bar No. 6715)
  lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (NV Bar No. 10253)
  turtzo@morrissullivanlaw.com
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

GARRETT R. BROSHUIS (will comply with LR IA 11-2 within 10 days)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (will comply with LR IA 11-2 within 10 days)
  cokeefe@koreintillery.com
DEVIN DIPPOLD (will comply with LR IA 11-2 within 10 days)
  ddippold@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

PAMELA YAACOUB (will comply with LR IA 11-2 within 10 days)
  pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Alana Costantino and Kyle Nicholson, on behalf of themselves and all those similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alana Costantino and Kyle Nicholson, on behalf of themselves and all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa LLC, TKO Group Holdings, Inc., TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.,<br><br>　　　　Defendants. | Case No. 2:26-cv-00539<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42-1** |

Pursuant to LR 42-1, Plaintiffs Alana Costantino and Kyle Nicholson submit this Notice of Related Cases to inform the Court that, on February 26, 2026, Counsel for Plaintiffs and the Proposed Classes filed a related action in this District, captioned *Alana Costantino and Kyle Nicholson, on behalf of themselves and all others similarly situated v. Zuffa, LLC, TKO Group Holdings, Inc., TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.,* No. 2:26-cv-00539 (D. Nev.) (the "*Costantino* Complaint" or the "*Constantino* action"). The *Costantino* Complaint is related to the following actions:

- *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW (D. Nev.)
- *Johnson v. Zuffa LLC*, No. 2:21-cv-01189-RFB-BNW (D. Nev.)
- *Cirkunovs v. Zuffa LLC*, No. 2:25-cv-00914-RFB-BNW (D. Nev.)
- *Davis v. Zuffa LLC*, No. 2:25-cv-00946-RFB-BNW (D. Nev.)

All five of these actions involve the same, or substantially the same, Defendants—namely, the entities that own and control the Ultimate Fighting Championship ("UFC"): Zuffa LLC, TKO Group Holdings, Inc., TKO Operating Company, and/or Endeavor Group Holdings, Inc. As alleged in all five actions, the Defendant entities are related in corporate structure and history and have frequently shared officers and executives.

Moreover, all five actions involve antitrust claims concerning anticompetitive conduct by the UFC that led to the monopsonization and monopolization of the same or similar markets. Although the *Constantino* Complaint focuses on consumers who paid supracompetitive prices to watch MMA events on pay-per-view and via streaming, whereas *Le*, *Johnson*, *Cirkunovs*, and *Davis* actions are on behalf of professional MMA fighters, all five actions share key overlapping factual and legal issues, including:

- Whether Defendants monopsonized the relevant input market for professional MMA fighter services, including through exclusive and coercive contracts;
- Whether Defendants' monopsony over the relevant input market allowed Defendants to monopolize the relevant output market for high-level MMA events, including by acquiring actual or potential competitors or otherwise driving them out of business;
- What market definitions to use for both the input and output markets; and

- Whether Defendants have any valid defenses for their monopolistic conduct, including any procompetitive justifications.

Accordingly, assigning the *Costantino* action to the same judge as *Le*, *Johnson*, *Cirkunovs*, and *Davis* is warranted. Specifically, Judge Richard F. Boulware presided over *Le* to the cusp of trial and through settlement, and he continues to preside over *Johnson*, *Cirkunovs*, and *Davis*. His familiarity with the relevant factual and legal issues would avoid substantial duplication of labor. Accordingly, assigning the *Costantino* action to the same District Judge would result in substantial savings of time and effort, aid in the efficient management of the cases, and prevent potentially inconsistent rulings.

Plaintiffs thus respectfully request that the *Constantino* action be designated as a related case and assigned to the same judge as the aforementioned *Le*, *Johnson*, *Cirkunovs*, and *Davis* actions.

| | |
|---|---|
| Dated: February 26, 2026 | Respectfully submitted, |
| | |
| | MORRIS, SULLIVAN & LEMKUL, LLP |
| | |
| | */s/ Christopher Turtzo* |
| | WILL LEMKUL (NV Bar No. 6715) |
| | lemkul@morrissullivanlaw.com |
| | CHRISTOPHER TURTZO (NV Bar No. 10253) |
| | turtzo@morrissullivanlaw.com |
| | Telephone: (702) 405-8100 |
| | **MORRIS, SULLIVAN & LEMKUL, LLP** |
| | 3960 Howard Hughes Parkway, Suite 400 |
| | Las Vegas, NV 89169 |
| | Telephone: (702) 405-8100 |
| | Facsimile: (702) 405-8101 |
| | |
| | GARRETT R. BROSHUIS (will comply with LR IA 11-2 within 10 days) |
| | gbroshuis@koreintillery.com |
| | CAROL O'KEEFE (will comply with LR IA 11-2 within 10 days) |
| | cokeefe@koreintillery.com |
| | DEVIN DIPPOLD (will comply with LR IA 11-2 within 10 days) |
| | ddippold@koreintillery.com |
| | **KOREIN TILLERY, LLC** |
| | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| | |
| | PAMELA YAACOUB (will comply with LR IA 11-2 within 10 days) |
| | pyaacoub@koreintillery.com |
| | **KOREIN TILLERY, LLC** |
| | 205 North Michigan Avenue, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (314) 241-3525 |
| | |
| | *Attorneys for Plaintiffs Alana Costantino and Kyle Nicholson, on behalf of themselves and all those similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 26, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Christopher Turtzo*
Christopher Turtzo
