## Minutes of Proceedings

### 2:21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC dba Ultimate Fighting Championship et al

### United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 4/28/2026 at 8:00 AM PDT and filed on 4/28/2026

**Case Name:**  Johnson et al v. Zuffa, LLC dba Ultimate Fighting Championship et al

**Case Number:**  2:21-cv-01189-RFB-BNW

**Filer:**

**Document Number:** 517(No document attached)

**Docket Text:**

**MINUTES OF PROCEEDINGS - Status Conference held on 4/20/2026 before Judge Richard F. Boulware, II. Crtrm Administrator: *D. Smith*; Pla Counsel: *Michael DellAngelo, Patrick Madden, and Caroline Reily*; Def Counsel: *Zuffa and TKO Defendants: Colby Williams, Joseph Axelrod, William Isaacson, Robert Medina, Clayton Wiggins, Samuel Mirkovich and Matt Shapiro Defendant Endeavor Group Holdings: Rory Kay, Maaren Shah, Ellison Merkel, Will Sears, Kristin Tahler*; Court Reporter: *P. Eaker*; Time of Hearing: *9:36 -10:57; 11:15-12:18; 1:49-2:07*; Courtroom: *7C***

**The Court makes preliminary remarks and hears from the Parties as to the forthcoming forensic analysis of Defendants' devices. Cf. Min. Order Appointing Expert, ECF No. [471] (Mar. 3, 2026). The Court's independent digital forensic analyst, Mr. Eric Wedin, appears remotely to participate in this discussion. First, Mr. Wedin advises the Court that the Parties have not executed an engagement agreement for his services; accordingly, the Court ORDERS the Parties to execute an appropriate contract by 4/22/2026. Second, the Court addresses the Parties proposed instructions for Mr. Wedin and ADOPTS Plaintiffs' proposal as modified by the Court. Plaintiffs are INSTRUCTED to SEND their proposed instructions to Chambers in a workable format for purposes of modification. The finalized instructions shall be filed by the Court. [hereinafter, "Finalized Instructions"]. Third, the Court establishes an exchange date for Defendants' devices; specifically, Defendants are INSTRUCTED to turn over their devices to Mr. Wedin on April 23, 2026, at a mutually agreeable time. Fourth, Mr. Wedin is ORDERED to report his findings to the Court and the Parties on, or before, May 11, 2026, as detailed in the finalized instructions. See Finalized Instructions at [516]. Finally, Mr. Wedin is advised to contact the Courtroom Administrator via email with any questions that arise throughout his examination; in doing so, Mr. Wedin should copy the Parties in any, and all, communications he sends to the Court.**

**Next, the Court turns to the ongoing spoliation proceedings in these matters. The Court hears from Defendants as to recent extractions of relevant devices, which were performed by their discovery vendors for unrelated proceedings. For reasons stated on the record, IT IS HEREBY ORDERED Defendants' discovery vendors, *i.e.*, HOLO Discovery and Consilio ("Discovery Vendors"), must APPEAR at the next status conference to discuss these extractions. IT IS FURTHER ORDERED the Discovery Vendors must file a report regarding these extractions on, or before, May 11, 2026. This report should comport with the finalized**

instructions prepared by this Court for Mr. Wedin. See Finalized Instructions at [516].

Then, the Court addresses outstanding discovery disputes. First, the Court considers Plaintiffs' subpoenas against wireless carriers. For reasons stated on the record, **IT IS HEREBY ORDERED** Custodian Dana White must **PERSONALLY REQUEST** his phone records from his wireless carrier; specifically, he must request records for any, and all, devices he used throughout the relevant class period(s), i.e., December 16, 2010, through the present. Mr. White has up to, and including, April 29, 2026, to comply with this order. **IT IS FURTHER ORDERED** that, at the next status conference, Defendants must **CONFIRM** that the remaining priority custodians have: (i.) personally requested their phone records or (ii.) consented to the disclosure of their phone records to Plaintiffs. These priority custodians include: Mick Maynard; Sean Shelby; Denitza Batchvarova; Hunter Campbell; and Ariel Emanuel. Second, the Court hears from the Parties as to their ongoing search term negotiations; in light of their impasse, the Court **ORDERS** the Parties to submit their search term proposals by May 11, 2026. **IT IS FURTHER ORDERED** this submission should be limited to 7.5 pages per side.

Finally, the Court addresses certain administrative matters. First, given the significant number of attorneys in this case, the Court establishes parameters for counsels' email communications with the Court. Moving forward, general email correspondence is **LIMITED** to Michael Dell'Angelo, and Patrick Madden for Plaintiffs, Colby Williams and Joseph Axelrod for TKO and Zuffa Defendants; and Maaren Shah and Ellison Merkel for Endeavor Defendants. Each firm may forward to the courtroom administrator ONE support staff member to also be included in the email chain no later than 5/1/2026. Mr Wedin shall be included in all emails having to do with discovery retrieval from the devices. Second, the Court discusses Costantino v. Zuffa LLC, No 2:26-cv-00539-RFB-EJY (D. Nev. 2026): a related action that was recently assigned to this Court. To streamline all proceedings involving Defendants, **IT IS HEREBY ORDERED** counsel for the Costantino Parties must attend the next status conference in these matters. Third, the Court revisits the Parties' proposed schedules for these matters, which were filed in September 2025. See Joint Stipulated Disc. Plan and Scheduling Order, ECF No. [258] (Sep. 29, 2025). Since the Parties submission has been mooted by the ongoing interlocutory appeal in Cirkunovs v. Zuffa, No. 2:25-cv-00914-RFB-BNW (D. Nev. 2025), the Joint Stipulated Discovery Plan and Scheduling Order (ECF No. [258]) is **DENIED** as moot. **IT IS FURTHER ORDERED** the Parties must **FILE** a renewed, joint proposed scheduling order by May 11, 2026. This renewed submission should account for the ongoing interlocutory appeal in Cirkunovs. To the extend the Parties cannot agree on a proposed schedule, they should file their own proposals by that same deadline.

A Status Conference is set for 5/18/2026 at 9:30 a.m. Mr. Wedin is **HEREBY ORDERED** to appear in person at that status conference.

The Court will not issue a separate written ruling. These minutes of proceedings, which incorporate by reference the transcript of the hearing and the reasoning therein, shall serve as the orders of the Court.

**(no image attached)** (Copies have been distributed pursuant to the NEF - DRS)

**2:21-cv-01189-RFB-BNW Notice has been electronically mailed to:**

Donald J. Campbell (Terminated)    djc@cwlawlv.com, cbb@cwlawlv.com, jcw@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, pre@cwlawlv.com, rpr@cwlawlv.com, srm@cwlawlv.com

J Colby Williams (Terminated)    jcw@cwlawlv.com, anr@cwlawlv.com, cbb@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, mts@cwlawlv.com, nsh@cwlawlv.com, pre@cwlawlv.com, srm@cwlawlv.com

Peter S. Christiansen    pete@christiansenlaw.com, ab@christiansenlaw.com, abrown@christiansenlaw.com, amy@christiansenlaw.com, chandi@christiansenlaw.com, hannah@christiansenlaw.com, jcrain@christiansenlaw.com, keely@christiansenlaw.com, ron@christiansenlaw.com, tterry@christiansenlaw.com, wbarrett@christiansenlaw.com

Michael C. Dell'Angelo    mdellangelo@bergermontague.com, courtmail@bm.net, csimon@bm.net

Charles M. Vlasic, III    cvlasic@hwlawnv.com, coffing@hwlawnv.com, shankle@hwlawnv.com

Liane K Wakayama    lkw@hwlawnv.com, coffing@hwlawnv.com, shankle@hwlawnv.com

Michael J. Gayan    mike@claggettlaw.com, jdy@claggettlaw.com, katrina@claggettlaw.com, melisa@claggettlaw.com, nmcleod@claggettlaw.com

Rory T Kay    rkay@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com, bnelson@mcdonaldcarano.com, cgerard@mcdonaldcarano.com, ljennings@mcdonaldcarano.com

William A. Isaacson (Terminated)    wisaacson@dirllp.com, william-isaacson-0933@ecf.pacerpro.com

Kevin Rayhill    krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com, kevin-rayhill-5790@ecf.pacerpro.com

Joseph R. Saveri    jsaveri@saverilawfirm.com, agetzell@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, dvandemortel@saverilawfirm.com, jday@saverilawfirm.com, jgutierrez@saverilawfirm.com, joseph-saveri-6729@ecf.pacerpro.com, jram@saverilawfirm.com, nalioto@saverilawfirm.com

Benjamin D. Brown    bbrown@cohenmilstein.com

Eric L. Cramer    ecramer@bergermontague.com, sleo@bm.net

Jerome Elwell    Jelwell@warnerangle.com

Patrick F. Madden    pmadden@bergermontague.com, jgionnette@bm.net

Richard A. Koffman    rkoffman@cohenmilstein.com, dwelch@cohenmilstein.com, efilings@cohenmilstein.com, enotices@cohenmilstein.com, mcampbell@cohenmilstein.com, mvike@cohenmilstein.com, tkitzman@cohenmilstein.com

Joshua P Davis    jdavis@bergermontague.com

Matthew Feeley    mfeeley@ag.nv.gov, dwright2@ag.nv.gov, mmillam@ag.nv.gov

Daniel H Silverman    dsilverman@cohenmilstein.com

Keely Perdue Chippoletti    keely@christiansenlaw.com, amy@christiansenlaw.com, chandi@christiansenlaw.com, hannah@christiansenlaw.com, jcrain@christiansenlaw.com

Sean M. Berkowitz (Terminated)    sean.berkowitz@lw.com

Jessica Phillips (Terminated)    jphillips@dirllp.com

Kyla J. Gibboney    kgibboney@bergermontague.com

Christopher K.L. Young    cyoung@saverilawfirm.com

Itak Moradi    imoradi@saverilawfirm.com

Emily M. Dennis    edennis@mcdonaldcarano.com, cgerard@mcdonaldcarano.com, ljennings@mcdonaldcarano.com

Laura R. Washington (Terminated)    laura.washington@lw.com

Christopher S. Yates (Terminated)    chris.yates@lw.com, christopher-yates-8594@ecf.pacerpro.com

Yotam Barkai (Terminated)    ybarkai@dirllp.com

David L. Johnson (Terminated)    david.johnson@lw.com

Daniel Gifford    dgifford@cohenmilstein.com

Christopher Turtzo    turtzo@morrissullivanlaw.com, rocha@morrissullivanlaw.com, ventre@morrissullivanlaw.com, wiznet@morrissullivanlaw.com

Brian D. Clark    bdclark@locklaw.com, amraak@locklaw.com, lgn-bdclark@ecf.courtdrive.com, rhope@locklaw.com

Aaron T. Chiu (Terminated)    aaron.chiu@lw.com

Kyle J. Pozan    kjpozan@locklaw.com

William Joseph Bruckner    wjbruckner@locklaw.com, ctevans@locklaw.com, lgn-wjbruckner@ecf.courtdrive.com

Joseph M Axelrad    Joseph.Axelrad@lw.com

Robert Charles Maysey    rmaysey@bm.net

Consuela Abotsi-Kowu    cmabotsi-kowu@locklaw.com

Jeremy Gradwohl    jgradwohl@bergermontague.com

Joseph Axelrad (Terminated)    joseph.axelrad@lw.com

Agbeko C. Petty (Terminated)    apetty@dirllp.com

Benjamin Cabranes (Terminated)     bcabranes@dirllp.com

Emily B. Marcus     emarcus@cohenmilstein.com

Robert B. Medina (Terminated)     robert.medina@lw.com

Adam B Peterson (Terminated)     adam.peterson@lw.com

T. Brent Jordan     tbjordan@saverilawfirm.com

Hanna Nunez Tse     hanna.nuneztse@lw.com

Danielle R. Leneck     danielle.leneck@lw.com

William R. Sears     willsears@quinnemanuel.com

Sami Rashid     samirashid@quinnemanuel.com

Maaren A. Shah     maarenshah@quinnemanuel.com

Kristin Tahler     kristintahler@quinnemanuel.com

Ellison Merkel     ellisonmerkel@quinnemanuel.com

Clayton Levourn Wiggins     clayton.wiggins@lw.com

Max Andrew Shapiro     max.shapiro@lw.com

**2:21-cv-01189-RFB-BNW Notice has been delivered by other means to:**

Kyle Jacobsen
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103