# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Alana Costantino and Kyle Nicholson, on
behalf of themselves and all those similarly
situated,

Plaintiff(s),

vs.

Zuffa LLC, TKO Group Holdings, Inc.,
TKO Operating Company, LLC, and
Endeavor Group Holdings, Inc.,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00539-RFD-EJY

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____John Playforth_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Covington & Burling LLP
(firm name)

with offices at _____850 Tenth St, NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20001_____,
(city)                              (state)                            (zip code)

_____(202) 662 - 5635_____, _____jplayforth@cov.com_____.
(area code + telephone number)              (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by
Zuffa LLC, TKO Group Holdings, Inc. and
___TKO Operating Company, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____April 11, 2011_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ____District of Columbia____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 4/11/2011 | 1000374 |
| Massachusetts | 3/31/2010 | 675766 |
| Sixth Circuit Court of Appeals | 12/2/2009 | Does not assign |
| Second Circuit Court of Appeals | 11/12/2021 | Does not assign |
| Tenth Circuit Court of Appeals | 5/22/2023 | Does not assign |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _District of Columbia_ )
                                                    )
COUNTY OF _____Washington_____ )

_____John Playforth_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

District of Columbia

Signed and Sworn to (or affirmed) before me on
_April 30, 2026_ (Date) by

_30_ day of _April_, _2026_.     _____John Playforth_____
                                                        (Name(s) of Individual(s) Making Statement)

_Floretta Jates_                              Signature of Notarial Officer _Floretta Jates_
Notary Public or Clerk of Court        Title of Office _Notary Public_
                                                        Commission Expires _10/31/2030_

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
                                                                                                                (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
                                                (street address)

_____Las Vegas_____, _____Nevada_____, _89101_,
            (city)                              (state)            (zip code)

_____702.382.5222_____, _____jcw@cwlawlv.com_____.
(area code + telephone number)              (Email address)

4                                                                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as
                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Andrew Bednark, SVP + Head of Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

No. 5549                    jcw@cwlawlv.com
Bar number                  Email address

APPROVED:

Dated: this __8__ day of ___May___, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# John Stewart Playforth

*was duly qualified and admitted on April 11, 2011 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 27, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **March 31, 2010**,

said Court being the highest Court of Record in said Commonwealth:

## John Playforth

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-ninth** day of **April**

in the year of our Lord **two thousand and twenty-six.**

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County