**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Alana Costantino and Kyle Nicholson, on behalf of themselves and all those similarly situated,

        Plaintiff(s),

  vs.

Zuffa LLC, TKO Group Holdings, Inc., TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00539-RFD-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert Wick_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Covington & Burling LLP
(firm name)

with offices at _____850 Tenth St, NW_____,
                    (street address)

____Washington____, ____District of Columbia____, ____20001____,
    (city)               (state)          (zip code)

____202-662-5487____, ____rwick@cov.com____.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Zuffa LLC, TKO Group Holdings, Inc., and TKO Operating Company, LLC _____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ Feb. 4, 1994 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___ District of Columbia ___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington, D.C. | Feb. 4, 1994 | No. 440817 |
| D.C. District Court | Oct. 05, 1998 | Does not assign |
| U.S. Court of Appeals, 4th Cir. | April 29, 1994 | Does not assign |
| U.S. Court of Appeals, 2nd Cir. | Dec. 5, 2006 | Does not assign |
| U.S. Supreme Court | Jan. 8, 2007 | Does not assign |
| Colorado District Court | Jan. 2, 2000 | Does not assign |
| S.D. Ill | Oct. 9, 2001 | Does not assign |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Robert W. Wick_
Petitioner's signature

STATE OF ___District of Columbia___ )
                                                              )
COUNTY OF _____Washington_____ )

_____Robert Wick_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Robert W. Wick_
Petitioner's signature

Subscribed and sworn to before me this

___4th___ day of ___May___, ___2026___.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,
                                                                                                                                (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
(street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
(city)                                       (state)                          (zip code)

___702.382.5222___, ___jcw@cwlawlv.com___.
(area code + telephone number)              (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as
                                                (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Andrew Bednark, SVP + Head of Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

No. 5549                          jcw@cwlawlv.com
Bar number                        Email address

APPROVED:

Dated: this __8__ day of ____May____, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**ADDENDUM A – ADDITIONAL ADMISSION**

- D.C. Circuit, admitted March 20, 1997



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Robert D Wick*

*was duly qualified and admitted on February 4, 1994 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on April 24, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*