**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Alana Costantino and Kyle Nicholson, on
behalf of themselves and all those similarly
situated,

          Plaintiff(s),

    vs.

Zuffa LLC, TKO Group Holdings, Inc.,
TKO Operating Company, LLC, and
Endeavor Group Holdings, Inc.,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00539-RFD-EJY

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Stacey Grigsby_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Covington & Burling LLP
(firm name)

with offices at _____850 Tenth St, NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20001_____,
(city)                   (state)          (zip code)

_____202-662-5775_____, _____SGrigsby@cov.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by
Zuffa LLC, TKO Group Holdings, Inc.,
TKO Operating Company, LLC,_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____February 4, 2005_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | February 4, 2005 | 491197 |
| State of New York | July 20, 2004 | 4251104 |
| State of Maryland | April 23, 2021 | 2104230005 |
| U.S. Court of Appeals for the Fourth Circuit | May 18, 2006 | Does not issue |
| U.S. Court of Appeals for the Federal Circuit | December 23, 2015 | Does not issue |
| U.S. District Court for the District of Maryland | May 18, 2006 | 28090 |
| U.S. District Court for the Southern District of NY | January 13, 2017 | SG8909 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _District of Columbia_ )
                                )
COUNTY OF _____Washington_____ )

_____Stacey Grigsby_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30th__ day of __April__, __2026__.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
                                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
                                (street address)

_____Las Vegas_____, _____Nevada_____, __89101__,
        (city)                   (state)           (zip code)

___702.382.5222___, ___jcw@cwlawlv.com___.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Andrew Bednark, SVP + Head of Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

No. 5549                          jcw@cwlawlv.com
Bar number                        Email address

APPROVED:

Dated: this __8__ day of _____May_____, 20 26.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**ADDENDUM A – ADDITIONAL ADMISSIONS**

- U.S. Court of Federal Claims, admitted on December 4, 2008
- U.S. District Court for the District of Colorado, admitted in January of 2021
- U.S. District Court for the District of Columbia, admitted on September 14, 2020
- U.S. District Court for the Eastern District of New York, admitted on October 16, 2024
- U.S. District Court for the Northern District of Illinois, admitted on April 4, 2025
- U.S. Court of Appeals First Circuit, admitted on January 8, 2020 with Bar Number 1192428
- U.S. Court of Appeals Ninth Circuit, admitted on December 20, 2006



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Stacey Kamya Grigsby

*was duly qualified and admitted on February 4, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 27, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stacey K. Grigsby

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 20, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and  Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on April 28, 2026.

*Clerk of the Court*

CertID-00287659



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-third day of April, 2021,

### *Stacey Kamya Grigsby*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-sixth day of June, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-seventh day of April, 2026.

_____
Clerk of the Supreme Court of Maryland