WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Alana Costantino, Kyle
Nicholson, Joe Angelo, and Mark Skonieczny,
on behalf of themselves
and all those similarly situated*

[Additional counsel listed on signature page]

J. COLBY WILLIAMS (NV Bar No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Zuffa, LLC, TKO
Group Holdings, Inc., and TKO Operating
Company, LLC*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALANA COSTANTINO, KYLE NICHOLSON, JOE ANGELO, and MARK SKONIECZNY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC., TKO OPERATING COMPANY, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-539-RFB-EJY<br><br>**STIPULATION AND ORDER RE: DEADLINES FOR RESPONSES TO AMENDED COMPLAINT AND PRODUCTION OF HOLD NOTICES** |

Plaintiffs Alana Costantino, Kyle Nicholson, Joe Angelo, and Mark Skonieczny ("Plaintiffs") and Defendants Zuffa LLC, TKO Group Holdings, Inc., TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants," and with Plaintiffs, the "Parties") hereby stipulate as follows and request, subject to the Court's approval, the following amended deadlines for Defendants' responses to Plaintiffs' Amended Complaint:

WHEREAS, Plaintiffs filed an amended complaint on May 18, 2026 that adds, among other things, allegations that Defendants conspired with ESPN and Paramount to overcharge consumers for televised access to UFC events, and state-law claims under the laws of Alabama, Georgia, Massachusetts, and West Virginia; and

WHEREAS, the Court has scheduled a multi-day evidentiary hearing that begins on June 30;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, to the following:

1.  Defendants will file their anticipated motions in response to the complaint by July 21, 2026;

2.  Plaintiffs will respond by September 4, 2026;

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

- 1 -

3. Defendants will file their replies by October 2, 2026; and

4. By June 23, 2026, Defendants will produce to Plaintiffs the litigation hold notices previously produced to plaintiffs in the Fighter Cases, based on Plaintiffs' stipulation and agreement that (i) those hold notices may be used solely in connection with the ongoing spoliation proceedings, (ii) Plaintiffs will return or destroy those notices at the conclusion of the ongoing spoliation proceedings as to *Costantino*, (iii) production of those hold notices does not constitute a waiver of attorney-client privilege, work product immunity, or any other applicable privilege or immunity, and (iv) production of those notices does not waive or compromise Defendants' position (which Plaintiffs dispute) that Plaintiffs are required to arbitrate their claims.

The parties also met and conferred over Plaintiffs' request for production of the documents previously produced in the Fighter Cases in advance of the upcoming spoliation hearing, which Plaintiffs raised at the June 15, 2026 status conference. The parties could not reach an agreement on that issue and will therefore raise it with the Court in a separate pleading.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED: _____June 24, 2026._____

- 2 -

DATED:  June 23, 2026

By: */s/ Garrett R. Broshuis*
GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

PAMELA YAACOUB (*Pro hac vice*)
pyaacoub@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

*Attorneys for Plaintiffs Alana Costantino
and Kyle Nicholson, Joe Angelo, and Mark
Skonieczny, on behalf of themselves
and all those similarly situated*

By: */s/ J. Colby Williams*
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

BRIAN L. STEKLOFF (*Pro hac vice*)
bstekloff@wilkinsonstekloff.com
KIERAN GOSTIN (*Pro hac vice*)
kgostin@wilkinsonstekloff.com
DAVID R. FRIEDMAN (*Pro hac vice*)
dfriedman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

RALIA E. POLECHRONIS (*Pro hac vice*)
rpolechronis@wilkinsonstekloff.com
CAROLINE LI (*Pro hac vice*)
cli@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005

*Attorneys for Defendants Zuffa, LLC, TKO
Group Holdings, Inc., and TKO Operating
Company, LLC*

By: */s/ Maaren A. Shah*
MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com

- 3 -

SAMI H. RASHID (*Pro hac vice*)
samirashid@quinnemanuel.com
ELLISON W. MERKEL (*Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS (*Pro hac vice*)
willsears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100

*Attorneys for Defendant Endeavor Group
Holdings, Inc.*

- 4 -