WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Plaintiffs Alana Costantino, Kyle Nicholson, Joe Angelo, and Mark Skonieczny, on behalf of themselves and all those similarly situated*

[Additional counsel listed on signature page]

*Attorneys for Defendants Zuffa, LLC, TKO Group Holdings, Inc., and TKO Operating Company, LLC*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALANA COSTANTINO, KYLE NICHOLSON, JOE ANGELO, and MARK SKONIECZNY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC., TKO OPERATING COMPANY, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-539-RFB-EJY<br><br>**STIPULATION AND ORDER RE: PRODUCTION OF DOCUMENTS RELATING TO SPOLIATION HEARING** |

Subject to the Court's approval, the *Costantino* parties hereby stipulate and agree as follows:

WHEREAS, Plaintiffs have filed a Motion To Compel Discovery From Related Cases (ECF No. 65), seeking immediate production in *Costantino* of documents previously produced by Defendants in *Johnson v. Zuffa LLC*, No. 2:21-cv-001189, *Davis v. Zuffa LLC*, No. 2:25-cv-00946, as well as deposition transcripts from *Le v. Zuffa*, LLC, No. 2:15-cv-01045 (the "Fighter Cases"); and

WHEREAS, Defendants' position is that Plaintiffs' claims should proceed, if at all, in arbitration, as Defendants will further explain in their forthcoming motion to compel arbitration; and

WHEREAS, Sean Shelby and Mick Maynard are scheduled to testify at a previously-scheduled spoliation hearing next week; and

WHEREAS, Defendants understand from their document vendor that the prior custodial document productions of Shelby and Maynard likely can be produced on Monday and possibly sooner; and

WHEREAS, the parties have reached an agreement that avoids the need for a ruling on Plaintiffs' motion to compel;

NOW, THEREFORE, the Parties stipulate and agree to the following:

1. Defendants will produce the Fighter Cases custodial document productions of Mick Maynard and Sean Shelby in this action as soon as practicable;

2. Defendants will produce the *Le* deposition transcript and deposition exhibits of Sean Shelby by Friday June 26, 2026 (Maynard was not deposed in *Le*);

3. Plaintiffs agree that those productions are without prejudice to Defendants' anticipated motions to dismiss and to compel arbitration and will not be used to amend the complaint prior to a ruling on those motions;

4. Plaintiffs' motion to compel (ECF No. 65) is hereby withdrawn;

. . . . .

. . . . .

- 1 -

5.    The parties will continue to meet and confer regarding an appropriate means of addressing Plaintiffs' concern that they will not have adequate time to prepare for depositions unless they have a reasonable amount of time to review Defendants' document productions and prior deposition transcripts prior to the commencement of depositions.  If the parties cannot reach an agreement by July 24, the parties will raise the issue with the Court.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:    June 29, 2026.

DATED:  June 26, 2026

By: */s/ Garrett R. Broshuis*
GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

PAMELA YAACOUB (*Pro hac vice*)
pyaacoub@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

*Attorneys for Plaintiffs Alana Costantino*

By: */s/ J. Colby Williams*
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

BRIAN L. STEKLOFF (*Pro hac vice*)
bstekloff@wilkinsonstekloff.com
KIERAN GOSTIN (*Pro hac vice*)
kgostin@wilkinsonstekloff.com
DAVID R. FRIEDMAN (*Pro hac vice*)
dfriedman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP

- 2 -

*and Kyle Nicholson, Joe Angelo, and Mark Skonieczny, on behalf of themselves and all those similarly situated*

2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

RALIA E. POLECHRONIS (*Pro hac vice*)
rpolechronis@wilkinsonstekloff.com
CAROLINE LI (*Pro hac vice*)
cli@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005

*Attorneys for Defendants Zuffa, LLC, TKO Group Holdings, Inc., and TKO Operating Company, LLC*

By: */s/ Maaren A. Shah*
MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com
SAMI H. RASHID (*Pro hac vice*)
samirashid@quinnemanuel.com
ELLISON W. MERKEL (*Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS (*Pro hac vice*)
willsears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

- 3 -