*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

\* \* \*

| | |
|---|---|
| In re: Miscellaneous Zuffa Matters<br><br>2:21-cv-1189 Johnson et al. v Zuffa et al.,<br>2:25-cv-0946 Davis et al., v Zuffa et al.,<br>2:26-cv-0539 Costantino et al., v Zuffa et al., | MINUTES OF THE COURT<br><br>DATED: <u>June 30, 2026</u> |

THE HONORABLE  **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK <u>D. Smith</u>                    COURT REPORTER  <u>P. Eaker</u>

LAW CLERK: <u>Diego Quesada</u>

COUNSEL FOR PLAINTIFFS:   <u>21-cv-1189 (Johnson) and 25-cv-946 (Davis)  Michael
Dell'Angelo, Patrick Madden, Michael Gayan and Joseph Saveri; Itak Moradi, Emily Marcus
and Rob Maysey.</u>
 <u>26-cv-00539 (Costantino)– Garrett Broshuis, Will Lemkul joined by Shane Godfrey, IT;</u>

COUNSEL FOR DEFENDANT(S):  <u>21-cv-1189 (Johnson)  and 25-cv-946 (Davis) matters
Zuffa/TKO  - Chris Yates, Colby Williams and Joseph Axelrod,  Bill Issacson, Samuel
Mirkovich;</u>
<u>26-cv-00539 (Costantino) matter – Ralia Polechronis, Stacey Grigsby Zuffa/TKO</u>
<u>Counsel for Endeavor Defendants in all matters: Rory Kay,  Maaren Shah, Kristen Tahler,
Gabriel Rosenblum and Sam Cleveland</u>

MINUTES OF PROCEEDINGS: **Spoliation Hearing**

9:45 a.m. Court in session. The Court reviews the hearing schedule with parties.

9:52 a.m. Michael Maynard, Senior Vice President of Talent Relations UFC called forward, sworn and
examined by the Court.

10:43 a.m. Court in recess.

11:05 a.m. Court in session; <u>Mr Maynard</u> retakes the witness stand and undergoes continued examination
by the Court; Direct examination by Mr. Dell'Angelo

12:07 p.m. Court in recess.

1:03 p.m. Court in session; same participants present; <u>Mr Maynard</u> retakes the stand and direct
examination continued by Mr Dell'Angelo; Exhibits 25, 42, 58, 60, 18,10, 12, 24 offered and received.

**In re: Zuffa Matters 6/30/2026 Spoliation Hearing**
**Page 2**

Cross examination by Mr Mirkovich, exhibits 37, 6, and 7 offered and received.

2:28 p.m.  Court in recess

2:37 p.m. Court in session; same participants; Mr Maynard remains on the stand re-direct by Mr Dell'Angelo; direct by Mr Broshuis; redirect by Ms. Ralia Polechronis. Witness excused. The Court and parties discuss remaining trial schedule.

2:59 p.m. Court in recess; parties to report tomorrow, 7/1/2026 at 10:30 a.m.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

By: *Darci Smith*
Darci Smith, Deputy Clerk