WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Alana Costantino
and Kyle Nicholson, on behalf of themselves
and all those similarly situated*

[Additional counsel listed on signature page]

J. COLBY WILLIAMS (NV Bar No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Zuffa, LLC, TKO
Group Holdings, Inc., and TKO Operating
Company, LLC*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALANA COSTANTINO, KYLE NICHOLSON, JOE ANGELO, and MARK SKONIECZNY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC., TKO OPERATING COMPANY, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-539-RFB-EJY<br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report to update the Court on pending motions practice and counsel's plans for the upcoming August 6, 2026 status conference.

## I.        Motions Practice

On July 21, 2026, Defendants filed Motions to Dismiss the Amended Class Action Complaint (ECF No. 90), Compel Arbitration (ECF No. 97), and Stay Discovery (ECF No. 100). Pursuant to the schedule previously set by the Court, Plaintiffs' responses to these motions are due on September 4, 2026, and replies are due on October 2, 2026. *See* ECF No. 69; ECF No. 89.

## II.       August 6, 2026 Status Hearing

At the July 2, 2026 spoliation hearing, the Court stated that counsel in the *Costantino* action need not attend the upcoming August 6, 2026 status hearing:  "So I will just tell you that you do not need to be here. We might discuss discovery matters where you might think would be appropriate to be here, but you're not required to be here for that date." ECF No. 81 at 106.

Pursuant to the Court's instruction, the *Costantino* parties will be represented by local counsel at the August 6 status hearing, but apart from Endeavor counsel who need to be present for the hearing in the fighter cases, *Costantino* counsel who live outside of the Las Vegas area do not plan to attend the August 6 hearing absent further instruction from the Court.

DATED:  July 30, 2026

By: */s/ Garrett R. Broshuis*
GARRETT R. BROSHUIS (*pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

PAMELA YAACOUB (*pro hac vice*)
pyaacoub@koreintillery.com

By: */s/ Stacey K. Grigsby*
ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

By: */s/ Ralia E. Polechronis*
BRIAN L. STEKLOFF (*Pro hac vice*)
bstekloff@wilkinsonstekloff.com

- 1 -

KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

WILL LEMKUL (NV Bar No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (NV Bar No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101.

*Attorneys for Plaintiffs Alana Costantino
and Kyle Nicholson, on behalf of themselves
and all those similarly situated*

KIERAN GOSTIN (*Pro hac vice*)
kgostin@wilkinsonstekloff.com
DAVID R. FRIEDMAN (*Pro hac vice*)
dfriedman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

RALIA E. POLECHRONIS (*Pro hac vice*)
rpolechronis@wilkinsonstekloff.com
CAROLINE LI (*Pro hac vice*)
cli@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants Zuffa, LLC, TKO
Group Holdings, Inc., and TKO Operating
Company, LLC*

By: */s/ Maaren A. Shah*
MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com
SAMI H. RASHID (*Pro hac vice*)
samirashid@quinnemanuel.com
ELLISON W. MERKEL (*Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS (*Pro hac vice*)
willsears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

- 2 -

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100

*Attorneys for Defendant Endeavor Group
Holdings, Inc.*

- 3 -