WILL LEMKUL (No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101

GARRETT R. BROSHUIS (*Pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*Pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*Pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Alana Costantino,
Kyle Nicholson, Joe Angelo, and Mark
Skonieczny, on behalf of themselves
and all those similarly situated*

[Additional counsel listed on signature page]

J. COLBY WILLIAMS (NV Bar No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Zuffa, LLC, TKO
Group Holdings, Inc., and TKO Operating
Company, LLC*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALANA COSTANTINO, KYLE NICHOLSON, JOE ANGELO, and MARK SKONIECZNY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC., TKO OPERATING COMPANY, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-539-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' FORTHCOMING MOTION TO COMPEL ARBITRATION**<br><br>**(First Request)** |

Plaintiffs Alana Costantino and Kyle Nicholson ("Plaintiffs") and Defendants Zuffa, LLC, TKO Group Holdings, Inc., TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants," and together with Plaintiffs, the "Parties"), submit this Joint Stipulation regarding the briefing schedule for Defendants' forthcoming Motion to Compel Arbitration. Plaintiffs filed their Amended Complaint on May 18, 2026 (ECF No. 49). Pursuant to the Court's Order Re: Deadlines for Responses to Amended Complaint and Production of Hold Notices entered on June 24, 2026 (ECF No. 69), Defendants' responses to the Amended Complaint are due by July 21, Plaintiffs' oppositions are due September 4, 2026, and Defendants' replies are due October 2, 2026.

As Defendants' responses to the Amended Complaint will be both a Motion to Dismiss and a Motion to Compel Arbitration (both to be filed by July 21), the parties stipulate and clarify, subject to the Court's approval, that the briefing deadlines contained in ECF No. 69 apply to both motions:

(1) Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration on September 4, 2026, consistent with the Court's Stipulation and Order Re: Deadlines for Responses to Amended Complaint and Production of Hold Notices (ECF No. 69).

(2) Defendants shall file their Reply in Support of Defendants' Motion to Compel Arbitration on October 2, 2026, in accordance with the Court's Stipulation and Order Re: Deadlines for Responses to Amended Complaint and Production of Hold Notices (ECF No. 69).

**IT IS SO ORDERED**:

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: August 3, 2026.

- 1 -

DATED: July 17, 2026

By: /s/ Garrett R. Broshuis
GARRETT R. BROSHUIS (*pro hac vice*)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice*)
cokeefe@koreintillery.com
DEVIN DIPPOLD (*pro hac vice*)
ddippold@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

PAMELA YAACOUB (*pro hac vice*)
pyaacoub@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

WILL LEMKUL (NV Bar No. 6715)
lemkul@morrissullivanlaw.com
CHRISTOPHER TURTZO (NV Bar No. 10253)
turtzo@morrissullivanlaw.com
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101.

*Attorneys for Plaintiffs Alana Costantino
and Kyle Nicholson, on behalf of themselves
and all those similarly situated*

By: /s/ Stacey K. Grigsby
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

ROBERT D. WICK (*Pro hac vice*)
rwick@cov.com
STACEY K. GRIGSBY (*Pro hac vice*)
sgrigsby@cov.com
JOHN S. PLAYFORTH (*Pro hac vice*)
jplayforth@cov.com
JEFFREY CAO (*Pro hac vice*)
jcao@cov.com
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

BRIAN L. STEKLOFF (*Pro hac vice*)
bstekloff@wilkinsonstekloff.com
KIERAN GOSTIN (*Pro hac vice*)
kgostin@wilkinsonstekloff.com
DAVID R. FRIEDMAN (*Pro hac vice*)
dfriedman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

RALIA E. POLECHRONIS (*Pro hac vice*)
rpolechronis@wilkinsonstekloff.com
CAROLINE LI (*Pro hac vice*)
cli@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005

- 2 -

*Attorneys for Defendants Zuffa, LLC, TKO Group Holdings, Inc., and TKO Operating Company, LLC*

By: */s/ Maaren A. Shah*

MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com
SAMI H. RASHID (*Pro hac vice*)
samirashid@quinnemanuel.com
ELLISON W. MERKEL (*Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS (*Pro hac vice*)
willsears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

- 3 -